UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-2213, 23-2214, 23-2215, 23-2216 & 23-2217

In re: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION

(D. Del. No. 1-19-md-02895)

Present: JORDAN, MONTGOMERY-REEVES and SMITH, Circuit Judges

1. Motion filed by Plaintiff Appellees Teamsters Local 237 Retirees Benefit Fund, Teamsters Local 237 Welfare Fund, Teamsters Western Region & Local 177 Health Care Plan and UFCW Local 1500 Welfare Fund (collectively, the "Indirect Purchaser Plaintiffs") in 23-2213, 23-2214, 23-2215, 23-2216, 23-2217 to be dismissed as parties to the appeal;

2. Unopposed Motion filed by Appellees Teamsters Local 237 Retirees Benefit Fund, Teamsters Local 237 Welfare Fund, Teamsters Western Region & Local 177 Health Care Plan, UFCW Local 1500 Welfare Fund, Cesar Castillo, LLC, and KPH Health Services, Inc. for Extension of Time to File Response Brief for 30 Days until February 16, 2024.

                                                    Respectfully,
                                                    Clerk/PDB for JK

_____ORDER_____
The foregoing motion is hereby GRANTED.

                                                      By the Court,

                                                      s/ Kent A. Jordan
                                                      Circuit Judge

Dated: February 13, 2024
JK/cc: All Counsel of Record