UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-2213, 23-2214, 23-2215, 23-2216, 23-2217

In re: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION

TEVA PHARMACEUTICALS USA, INC., et al., Appellants

(D. Del. Nos. 1-19-md-02895, 1-19-cv-00369, 1-19-cv-01460, 1-19-cv-01461)

Present: JORDAN, MONTGOMERY-REEVES and SMITH, Circuit Judges

1. Unopposed Motion filed by Appellees Cesar Castillo LLC and KPH Healthcare Services Inc for Extension of Time to file to file Answering brief until/for 28 days or 04/12/2024.

        Respectfully,
        Clerk/JK

_____ORDER_____
The foregoing motion is hereby GRANTED

        By the Court,

        s/ Kent A. Jordan
        Circuit Judge

Dated: March 28, 2024
JK/cc: All Counsel of Record