UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


Nos. 23-2213, 23-2214, 23-2215, 23-2216, 23-2217


In re: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST
LITIGATION

(D. Del. Nos. 1-19-md-02895, 1-19-cv-00369, 1-19-cv-00396,
1-19-cv-01460, 1-19-cv-01461)

Present: JORDAN, MONTGOMERY-REEVES and SMITH, Circuit Judges


1.  Unopposed Motion filed by Appellees Cesar Castillo LLC and KPH
    Healthcare Services Inc in 23-2213, 23-2214, 23-2215, 23-2216, 23-2217 for
    Extension of Time to file Answering Brief until/for 28 days or 05/10/2024.

                                        Respectfully,
                                        Clerk/JK


_____ORDER_____
The foregoing motion is hereby GRANTED.


                                        By the Court,

                                        s/  Kent A. Jordan
                                        Circuit Judge


Dated: April 22, 2024
JK/cc: All Counsel of Record